

Application granted. The conference scheduled for August 22, 2024 is hereby adjourned to October 4, 2024 at 4:00 p.m. No later than September 27, 2024, the parties shall jointly submit a letter and case management plan and proposed scheduling order in accordance with the Court's order of May 2, 2024.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 19, 2024

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Meichelle R. MacGregor**
(212) 790-9263
mrm@cll.com

August 19, 2024

**Via ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

  Re: *Stephen Yang v. Earl G. Graves Ltd d/b/a Black Enterprises*, Case No. 1:24-cv-03304

Dear Judge Abrams,

  We are the attorneys for Defendant Earl G. Graves Ltd. ("Defendant") in this matter. Pursuant to Section I(D) of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the initial conference date, currently scheduled for August 22, 2024 (ECF No. 16) and related deadlines until at least September 27, 2024. The primary reason for this request is that the parties are actively engaged in settlement discussions and wish to conserve resources to further such discussions. Additionally, the adjournment would permit the parties to competently discuss the required topics under Rule 26(f) and the most appropriate case management plan based on Defendant's response to the Complaint.

  Plaintiff, Stephen Yang, consents to this third request for an adjournment. We thank the Court for its consideration.

            Respectfully,

            /s/ Meichelle R. MacGregor
            Meichelle R. MacGregor
            *Counsel for Earl G. Graves Ltd*

cc: Renee Aragona (via ECF)
   *Counsel for Plaintiff Stephen Yang*

30617/011/4698274